# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WEST VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **BRYAN BEAVERS** and **WENDY BEAVERS,** on behalf of themselves individually and on behalf of a class of similarly situated persons,<br><br>*Plaintiffs*,<br><br>v.<br><br>**SUMMIT COMMUNITY BANK, INC.,**<br><br>*Defendant*. | **CIVIL ACTION NO.: 1:21-CV-42**<br>**JUDGE JAMES P. JONES** |

### AGREED MOTION TO EXTEND TIME TO RESPOND TO THE
### CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

Defendant Summit Community Bank, Inc. ("Defendant"), with the consent of plaintiffs Bryan and Wendy Beavers ("Plaintiffs"), moves the Court for an extension of Defendant's time to answer or otherwise respond to Plaintiffs' Class Action Complaint and Demand for Jury Trial ("Class Action Complaint"). Defendant seeks a modest extension of the deadline to respond to the Class Action Complaint based on: (1) its need for additional time to complete its initial review of the Class Action Complaint; (2) its desire to engage in discussions with Plaintiffs regarding an early resolution of this matter; and (3) the approaching holiday season. Plaintiffs have agreed to extend Defendant's time to answer or otherwise respond to the complaint to Friday, December 3, 2021.

For good cause shown, Defendant respectfully moves that the Court enter the attached agreed order granting the requested relief.

13215172.2

2

|  |  |
|---|---|
| Dated: November 3, 2021. | **SUMMIT COMMUNITY BANK, INC.** <br> **Defendant, by counsel,** |

/s/ J. Tyler Mayhew
J. Tyler Mayhew (VSB #91333)
Bowles Rice LLP
101 S. Queen Street
Post Office Box 1419
Martinsburg, West Virginia 25402-1419
Tel:    (304) 264-4209
Fax:    (304) 267-3822
tmayhew@bowlesrice.com

*Counsel for Defendant*

Agreed by:

/s/ Dale W. Pittman (with permission)
Dale W. Pittman (VSB #15673)
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
dale@pittmanlawoffice.com

Phillip R. Robinson (*pro hac vice*)
Consumer Law Center LLC
10125 Colesville Road, Suite 378
Silver Spring, MD 20901
phillip@marylandconsumer.com

*Counsel for Plaintiffs*

13215172.2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WEST VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **BRYAN BEAVERS** and **WENDY BEAVERS,** on behalf of themselves individually and on behalf of a class of similarly situated persons, *Plaintiffs*, v. **SUMMIT COMMUNITY BANK, INC.,** *Defendant*. | **CIVIL ACTION NO.: 1:21-CV-42** **JUDGE JAMES P. JONES** |

## CERTIFICATE OF SERVICE

I certify that I filed this **Agreed Motion to Extend Time to Respond to the Complaint**

and **Order Extending Time to Respond to the Complaint** via CM/ECF:

Dale W. Pittman, Esq.  
The Law Office of Dale W. Pittman, P.C.  
112-A W. Tabb Street  
Petersburg, VA 23803  
dale@pittmanlawoffice.com

Phillip R. Robinson, Esq.  
Consumer Law Center LLC  
10125 Colesville Road, Suite 378  
Silver Spring, MD 20901  
phillip@marylandconsumer.com

Dated: November 3, 2021.        /s/ J. Tyler Mayhew  
                                                J. Tyler Mayhew (VSB #91333)