**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
Abingdon Division

| | |
|---|---|
| **BRYAN BEAVERS** and **WENDY BEAVERS,** **On behalf of themselves individually and on behalf of the Class of similarly situated persons,** Plaintiffs, v. **SUMMIT COMMUNITY BANK, INC.,** Defendant. | **Civil Action No.: 1:21-cv-00042** **Judge James P. Jones** **Magistrate Judge Pamela Meade Sargent** |

**CERTIFICATE OF SERVICE**

I, J. Tyler Mayhew, hereby certify that on this 9th day of February, 2022, a true and correct copy of Defendant Summit Community Bank, Inc.'s Rule 26(a)(1) Disclosures was served by electronic mail to the following counsel of record:

Dale W. Pittman, Esquire
THE LAW OFFICE OF
DALE W. PITTMAN, P.C.
112-A W. Tabb Street
Petersburg, VA  23803

*Counsel for Plaintiffs*

Phillip R. Robinson, Esquire
Consumer Law Center LLC
10125 Colesville Road, Suite 378
Silver Spring, MD  20901

/s/J. Tyler Mayhew
J. Tyler Mayhew (VSB #91333)
BOWLES RICE LLP
101 S. Queen Street
Martinsburg, WV  25402-1419
(304) 264-4209 (Tel.)
(304) 267-3822 (Fax)
tmayhew@bowlesrice.com

13448849.1